ROBERT INCHES, Appellant, v. HENRY VAN VALKEN-BURGH, Respondent.

No. 2251; November 29, 1859.

Appeal—Report of Referee—When not Disturbed.—A judgment upon a report of a referee, where no motion has been made to set it aside or for a new trial, will not be reviewed on appeal.

APPEAL from Fourth Judicial District. San Francisco County.

A. T. Wilson for appellant; H. S. Love for respondent.

BALDWIN, J.—In this case judgment was entered for the defendant on the report of a referee. No motion was made for a new trial, or to set aside the report of the referee. An appeal is taken from the judgment so entered on the report of the referee; but it has been expressly held that this court will not review such a judgment under the circumstances: Porter v. Barling, 2 Cal. 72.

Judgment affirmed.

I concur: Cope, J.